## UNITED STATES DISTRICT COURT
## (NORTHERN DISTRICT OF OHIO)

**SLOTMETRIX ENTERPRISES, et. al.**

     Plaintiffs

vs.

**KODIAK GAMING VENTURES, L.L.C, et. al.**

     Defendants

Case No. 3:07 CV00639

Judge Katz

**JUDGMENT ORDER**

Upon the specifics of the Plaintiff's motion and for good cause shown, **IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiffs complaint herein be dismissed with prejudice as against Defendant Kodiak Gaming Ventures, L.L.C and Defendant Samuel Katz., **IT IS FURTHER ORDERED ADJUDGED AND DECREED** that Plaintiffs complaint be dismissed without prejudice against Defendant Joseph Hight, said dismissal against Defendant Joseph Hight being without prejudice and other than on the merits.

                     /s/ David A. Katz
                     _____
                     Judge